**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-7127**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES A. CAMPBELL,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge. (CR-98-56, CA-00-309-7)

―――――――――――

Submitted:  November 30, 2000        Decided:  December 11, 2000

―――――――――――

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Charles A. Campbell, Appellant Pro Se.  Rick A. Mountcastle, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles A. Campbell appeals the district court's denial of his motion for the production of transcripts and other unspecified records from his criminal proccedings. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>